DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROSENDO GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-0289 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | Date: February 15, 2008 |
| ROSENDO GUZMAN, | Time: 9:00 A.M. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the status conference hearing in the above-referenced matter now set for February 7, 2008, **may be continued to February 15, 2008, at 9:00 A.M.**

This continuance is at the request of counsel for the defendant because she needs additional time for plea negotiations and defense preparation prior to the hearing. The parties have discussed parameters of a plea agreement. The plea agreement needs to be reduced to writing so that it can be presented to Mr. Guzman for consideration. In the event Mr. Guzman does not desire to accept the proposed agreement, the defense will be prepared to set a trial date. The requested continuance will conserve time and resources for both parties and the court.

///

///

The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                   McGREGOR W. SCOTT
                                                   United States Attorney

DATED: February 6, 2008                        By  Kevin P. Rooney
                                                   KEVIN P. ROONEY
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff

                                                 DANIEL J. BRODERICK
                                                 Federal Public Defender

DATED: February 6, 2008                        By  /s/ Melody M. Walcott
                                                   MELODY M. WALCOTT
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 ROSENDO GUZMAN

## **O R D E R**

Good Cause exists for the continuance. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   February 6, 2008**                  **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE